# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| KRISTEN WALTER | CIVIL ACTION NO. 15-1938 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JPS AVIATION, LLC | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 48), and after an independent review of the record, and noting the lack of written objections filed by either party and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Defendant JPS Aviation, LLC's Motion to Tax Attorney's Fees (Record Document 45) be and is hereby **GRANTED IN PART** and **DENIED IN PART**. Attorney's fees are hereby awarded to Defendant JPS Aviation, LLC against Plaintiff Kristen Walker in the amount of $1,645.00.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 7th day of July, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE